FILED

APR 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50595 |
| Plaintiff - Appellant, | D.C. No. 3:09-cr-04427-H-1 |
| v. | |
| LUIS FERNANDO SALAS-RIVERA, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Marilyn L. Huff, District Judge, Presiding

Argued and Submitted April 11, 2012
Pasadena, California

Before: FERNANDEZ and SILVERMAN, Circuit Judges, and BLOCK, Senior
District Judge.[**]

The government appeals the district court's grant of a new trial in this case.

Fed. R. Crim. P. 33(a) allows the district court to grant a new trial "if the interest of

justice so requires." We review the district court's grant of new trial for an abuse

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Frederic Block, Senior United States District Judge for
the Eastern New York, sitting by designation.

of discretion.  *United States v. Kellington*, 217 F.3d 1084, 1094-95 (9th Cir. 2000). We affirm the grant of a new trial because the district court acted within its discretion in concluding that the expert testimony was unduly prejudicial under Fed. R. Evid. 403 and likely resulted in a miscarriage of justice.

AFFIRMED.